Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67631.—Charles Garcia & Co., Inc. *v.* United States, protest 314626–K (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of fishing reels with two spools similar in all material respects to those the subject of *United States* v. *Charles Garcia & Co., Inc.* (48 CCPA 140, C.A.D. 780), the claim of the plaintiff was sustained.

No. 67632.—Coldwater Seafood Corp. *v.* United States, protest 61/10328 (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of fish blocks similar in all material respects to those the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 67633.—Japan Food Corp. and Hoyt, Shepston & Sciaroni *v.* United States, protest 61/13714 (San Francisco).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of fish blocks similar in all material respects to those the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.

No. 67634.—R. Greenspan & Co. *v.* United States, protest 58/19304 (New York).